**IT IS ORDERED as set forth below:**



**Date: March 14, 2018**

_____

**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| **IN THE MATTER OF**: | ) | CASE NUMBER |
| --- | --- | --- |
| | ) | |
| TANESHA DOMINIQUE DOBBS, | ) | 18-50813-PWB |
| | ) | |
| Debtor. | ) | |
| | ) | |
| TANESHA DOMINIQUE DOBBS, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHAPEL RUN APARTMENTS, | ) | IN PROCEEDINGS UNDER |
| | ) | CHAPTER 7 OF THE |
| Respondent. | ) | BANKRUPTCY CODE |

## **ORDER**

This matter comes before the Court on the Debtor's motion to avoid the judicial lien of the Respondent. Because the Debtor has failed to serve the motion in accordance with the requirements of the Federal Rules of Bankruptcy Procedure, the motion is denied

without prejudice.

Rule 4003 of the Federal Rules of Bankruptcy Procedure provides that a motion to avoid a lien pursuant to 11 U.S.C. § 522(f) shall be by motion in accordance with Rule 9014.  *See* FED. R. BANKR. P. 4003(d).  The motion must be served "in the manner provided for service of a summons and complaint by Rule 7004."  *See* FED. R. BANKR. P. 9014(b).

Rule 7004 requires service of the motion upon a "corporation or upon a partnership or other unincorporated association by mailing a copy of the [motion] to the attention of an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute to receive service and that statute so requires, by also mailing a copy to the [respondent]."  FED. R. BANKR. P. 7004(b)(3). Rule 7004(b) also permits service on a corporation pursuant to Rules 4(e)-(j) of the Federal Rules of Civil Procedure.  FED. R. BANKR. P. 7004(b).

With respect to service, the Debtor asserts, "Counsel conducted an Internet search of the Georgia Secretary of State website to determine the registered agent or officer for the Respondent but was unable to find one.  Movant perfected service by serving the Georgia Secretary of State pursuant to [FED. R. CIV. P.] 4(h)(1)(A) which allows for the state law service which would be O.C.G.A. § 9-11-4(e)(1)." [Doc. 8, ¶ 7].[1]

The inability to discover a registered agent or officer on the Georgia Secretary of

---

[1] The Debtor has also served (1) Chapel Run Apartments, but not to the attention of an officer or agent for service; and (2) an individual named Mike J. Williams.   Service on the former is inadequate because it is not made to the attention of an officer or agent for service.   The Court cannot determine whether service on the latter is sufficient because there is no indication as to the identity of this individual.

2

State's website does not, in and of itself, establish that service on the Secretary of State by virtue of O.C.G.A. § 9-11-4(e)(1) is proper.   Indeed O.C.G.A. § 9-11-4(e)(1) contemplates that a corporation has (at least at some time) been registered with the Secretary of State.   It allows for service upon the Secretary of State only where the corporation is incorporated under the laws of Georgia or a foreign corporation authorized to transact business in the state and service cannot be effected upon the last registered office or agent listed in the Secretary of State's records.   And even if O.C.G.A. § 9-11-4(e)(1) applied, it contains lengthy and thorough requirements that the Debtor certify it has completed in order to utilize service upon the Secretary of State.   None of this appears in the record.

Whether other manners of service exist (including, but not limited to, O.C.G.A. § 9-11-4(e)(2), O.C.G.A. § 14-2-504(b), or O.C.G.A. § 14-2-1510) is not before the Court.  Certainly there is the possibility that the Respondent is simply an operating name and is owned by a separate corporation that is the proper entity for service.   Nevertheless, the Movant has not established that it has effected proper service of this motion.   Accordingly, it is

ORDERED that the motion is denied without prejudice.

**END OF DOCUMENT**

**[NOT INTENDED FOR PUBLICATION]**

**DISTRIBUTION LIST**

Tanesha Dominque Dobbs
490 Stone Mountain Lithonia Rd
128
Stone Mountain, GA 30088

Rylee Grace Munson
The Semrad Law Firm, LLC
Suite 201
303 Perimeter Center N.
Atlanta, GA 30346

Mike J. Williams
3274 Briarcliff Road
Atlanta, GA 30345

Chapel Run Apartments
4522 Snapfinger Woods Drive
Decatur, GA 30035

Georgia Secretary of State
Brian P. Kemp
Corporations Division
2 MLK, Jr. Dr., Ste. 33
Floyd West Tower
Atlanta, GA 30334-1530